# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
DONALD A. HAAS

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **3:19-cr-0004 DMC**

Defense Counsel: Matthew Izzi

## THE DEFENDANT:

[X] pleaded guilty to count(s): 1-10
[ ] pleaded nolo contendere to counts(s) __ which was accepted by the court.
[ ] was found guilty on count(s) __ after a plea of not guilty.
[ ] count(s) dismissed.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC 844(a) | Possess Controlled Substance | 10/06/2014 | 1 |
| 36 CFR 251.52(a) | Build/Maintain Campfire During Restrictions | 10/06/2014 | 2 |
| 36 CFR 261.10(b) | Possess/Occupy National Lands for Residential Purposes | 10/06/2014 | 3 |
| 36 CFR 261.11(b) | Leave Refuse in Unsanitary Condition | 10/06/2014 | 4 |
| 36 CFR 261.11(d) | Fail to Properly Dispose of Garbage | 10/06/2014 | 5 |
| 36 CFR 261.52(f) | Possess any Kind of Firework or Pyrotechnic | 07/14/2015 | 6 |
| 36 CFR 261.58(c) | Camp for Longer than Allowed | 07/14/2015 | 7 |
| 36 CFR 261.6(a) | Cut or Damage Timber or Tree | 05/09/2019 | 8 |
| 36 CFR 261.11(a) | Place Substance Near Stream or Lake that May Pollute | 05/09/2019 | 9 |
| 36 CFR 261.10(b) | Construct/Maintain/Occupy Residence on Forest System Lands | 05/09/2019 | 10 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

05/21/2019
Date of Imposition of Judgment

Dennis M. Cota, U.S. Magistrate Judge

05/21/2019
Date

# COURT PROBATION

The defendant is hereby sentenced to Court probation for a term of <u>ten   (10) years</u> .

1. During the term of probation, defendant Haas shall comply with the standard conditions of probation as follows:

    (a)     Defendant shall not commit another federal, state, or local crime.

    (b)     Defendant shall notify the court within seventy-two hours of being arrested; and

    (c)     Defendant shall notify the court ten days prior to any change in residence.

2. During the term of probation, defendant Haas shall comply with the following special terms and conditions of probation as follows:

    (a)     Defendant shall not enter federal lands for a period of ten (10) years including, but not limited to, lands supervised by the Bureau of Land Management; U.S. Forest Service; U.S. Park Service; Veteran's Administration.

# IMPRISONMENT

The defendant is hereby remanded to the custody of the U.S. Marshal to be imprisoned for a total term of: FIFTY (50) DAYS.

# PENALTY ASSESSMENT

Defendant shall pay a penalty assessment of $25 as to Count 1 and a $10 penalty assessment for each of Counts 2 through 10, for total assessments of $115 to the U.S. District Court, Financial Office, 510 I Street, Sacramento, California.